**The Cardoza Law Corporation**
Michael F. Cardoza, Esq. (SBN: 194065)
Mike.Cardoza@cardozalawcorp.com
Lauren B. Veggian, Esq. (SBN: 309929)
Lauren.Veggian@cardozalawcorp.com
548 Market St., #80594
San Francisco, CA 94104
Telephone: (415) 488-8041
Facsimile: (415) 651-9700
*Attorneys for Plaintiff*,
Jeffrey Kendrick

## UNITED STATES DISTRICT COURT
## FOR THE
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY KENDRICK,<br><br>Plaintiff,<br><br>v.<br><br>**DISCOVER BANK AND SUTTELL & HAMMER, P.S.,**<br><br>Defendant. | **Case No.:** 2:22-cv-01764-WLH-JEM<br><br>*HON. WESLEY L. HSU*<br>*HON. MAG. JOHN E. MCDERMOTT*<br><br>**NOTICE OF SETTLEMENT** |

///

///

///

///

**TO THE COURT:**

The Plaintiff, through counsel, hereby submits this Notice of Settlement to notify the Court that the lawsuit has been settled, and respectfully requests that the Court grant Plaintiff until June 26, 2023 to file the expected Stipulation of Dismissal.

Respectfully submitted,

**THE CARDOZA LAW CORPORATION**

DATED: June 29, 2023     BY: /s/Lauren B. Veggian
  MICHAEL F. CARDOZA, ESQ.
  LAUREN B. VEGGIAN, ESQ.
  ATTORNEYS FOR PLAINTIFF,
  JEFFREY KENDRIC

## CERTIFICATE OF SERVICE

I, Lauren B. Veggian, am the ECF user whose identification and password are being used to file this document.

I also hereby certify that on June 29, 2023, I electronically filed a true and correct copy of the foregoing Notice of Settlement with the Clerk of the Court for the United States District Court of California for the Central District of California using the CM/ECF system. I also certify that all participants in this case are registered CM/ECF users, and service will be accomplished by the CM/ECF system.

**THE CARDOZA LAW CORPORATION**

DATED: June 29, 2023   BY: /s/ Lauren B. Veggian
Michael F. Cardoza, Esq.
Lauren B. Veggian, Esq.
Attorneys for Plaintiff
Jeffrey Kendrick