UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY KENDRICK,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>DISCOVER BANK and SUTTELL AND HAMMER, P.S.,<br><br>　　　　Defendant. | Case No. **2:22-cv-01764-WLH- JEM**<br><br>**ORDER REGARDING PLAINTIFF'S REVOCATION OF ACCEPTANCE OF RULE 68 OFFER (DKTS. 33 & 37) AND DISMISSING ACTION WITH PREJUDICE [40]**<br><br>Action Filed: March 21, 2022 |

## ORDER

Having read and considered the parties' Stipulation to Revoke Acceptance of Rule 68 Offer and for Dismissal With Prejudice, and good cause appearing therefor, the Court hereby ORDERS:

The Court acknowledges that Plaintiff has revoked his acceptance of the Rule 68 Offer (Dkt. 33) and the parties no longer desire to pursue resolution via the Rule 68 Offer.

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), this action is dismissed in its entirety, as to all causes of action against all parties, with prejudice, with the Parties to each bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: July 25, 2023

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

1